IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAQUIAS REYNOSO, CAYETANA REYNOSO,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>        Defendants.<br>_____/ | No. C 10-00984 SI<br><br>**ORDER TO SHOW CAUSE** |

On October 20, 2010, Stephan C. Williams, the attorney for plaintiffs Malaquias Reynoso and Cayetana Reynoso, filed a motion to be relieved as counsel. Mr. Williams cited as reasons for his withdrawal the Reynosos' "failure . . . to maintain a close professional relationship with the attorney, including the failure to return telephone calls" and the Reynosos' "failure to adequately compensate the attorney for past legal services although provided sufficient opportunity to do so." Doc. 17 at 1–2.

A hearing was set for December 9, 2010 at 9:00 a.m. Mr. Williams was not present in the courtroom when the case was called. Plaintiffs were present, accompanied by a relative who translated the court proceedings into Spanish when necessary, and they opposed Mr. Williams's motion. Plaintiffs presented the Court with a copy of a contingency fee contract that they assert was signed by them and Mr. Williams, which has been filed as document 19 on the court's docket. They asserted that they had paid Mr. Williams more than the amount called for in the contract, and that they always return Mr. Williams's calls. The Court put over Mr. Williams's motion to January 21, 2011, at 3:00 p.m., when there is a previously scheduled case management conference.

Mr. Williams is hereby ORDERED to show cause in writing, **no later than January 10, 2011**,

why he should be permitted to withdraw as counsel. In particular, he shall affirm or deny that the attached contract is the contract between himself and the Reynosos governing the fee arrangement for this case, and he shall respond to the Reynosos' contention that they have paid him and that they have returned all of his phone calls.

The Reynosos may respond in writing to Mr. Williams's submission, if they wish, **no later than January 17, 2011.**

**IT IS SO ORDERED.**

Dated:  December 9, 2010

SUSAN ILLSTON
United States District Judge