IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALAQUIAS REYNOSO,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.
                                           /

No. C 10-00984 SI

**AMENDED**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 15, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2012.

DESIGNATION OF EXPERTS: 9/28/12; REBUTTAL: 10/12/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 11, 2013;

    Opp. Due January 25, 2013; Reply Due February 1, 2013;

    and set for hearing no later than February 15, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 19, 2013 at 3:30 PM.

JURY TRIAL DATE: April 1, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall name all federal defendants by May 25, 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/7/12

                                                  SUSAN ILLSTON
                                                 United States District Judge