# RONI ROTHOLZ
_____Attorney At Law_____
LAW OFFICES OF RONI ROTHOLZ
1870 Olympic Blvd., Suite 120, Walnut Creek, CA 94596
E-mail: rrotholz@aol.com
Tel: (925) 932-0193 - Fax: (925) 939-8434

August 23, 2012

*Via U. S. First Class Mail*

Judge Susan Illston
✓ Judge Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RE:** *Reynoso v. City and County of San Francisco, et al*
   *Settlement Conference: September 12, 2012 - Request for Continuance*

Dear Judge Illston and Judge Beeler:

   I understand that the attorney for the United States, Abraham Simmons, has contacted the Court and requested that the Settlement Conference in this case presently scheduled for September 12, 2012, be continued.

   I concur with this request, primarily because certain important discovery in the case has not been completed, and in my view, needs to be done before the Settlement Conference to make the conference meaningful. The discovery that I am contemplating, and that I have scheduled are depositions of at least seven of the agents who participated in the search and seizure of my clients' home. I have noticed these depositions for September 14, 2012 and September 19, 2012. In my mind, it is essential that the information obtained from these depositions would be useful in bringing about a settlement.

   It is also my understanding that Mr. Simmons wishes to complete the depositions of the plaintiffs.

Judge Susan Illston
Judge Laurel Beeler
August 23, 2012
Page 2


    Would the Court be so kind as to inform the attorneys in the case as to whether the Settlement Conference can be continued.

    I thank the Court for its courtesy and consideration re this matter.

Respectfully submitted,

Roni Rotholz, Esq.
Attorneys for Plaintiffs


cc: Abraham Simmons, Esq. – abraham.simmons@usdoj-gov
    Warren Metlitzky, Esq. – warren.metlitzky@sfgov.org

```
The settlement conference on
September 12, 2012 is VACATED.

Date: August 28, 2012
```

