UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MALAQUIAS REYNOSO, *et al.,*

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.,*

    Defendant(s).

_____/

No. C 10-00984 SI (LB)

**ORDER FOLLOWING SETTLEMENT CONFERENCE**

    The undersigned held a preliminary settlement conference today with the attorneys. The case currently is assigned to Judge Illston. Motions are due Friday, January 11, 2013, the opposition is due Friday, January 25, 2013, the dispositive motions date is February 15, 2013, and the trial is April 1, 2013, *see* 3/7/12 Scheduling Order, ECF No. 77, and a new lawyer, Keith Oliver, is now representing the Reynosos as of this week. The parties have a settlement conference set for Friday, January 11, 2013, at 10:30 a.m.

    The parties reached the following agreements going forward about the process, and the undersigned said that it would issue this order to memorialize the agreements. *First*, they will consent to Magistrate Judge James and file that this week. *Second*, the parties reached an agreement to vacate the settlement conference and reset it to Thursday, January 24, 2013, at 11:00 a.m. to allow them to finish the Reynosos' depositions and conduct the deposition of Ms. Lakalakala. Fact

discovery is otherwise closed. *Third*, the parties agreed that the government's summary judgment motions (City and County of San Francisco and the United States) will be filed on Tuesday, January 22, 2013 so that Plaintiffs may have the benefit of them before the settlement conference. The opposition is due February 5, 2013, and the reply is due February 12, 2013. The government will notice the motions on Judge James' first available motions calendar, which on the five-week schedule should be Thursday, February 28, 2013. *Fourth*, the parties will submit these scheduling issues and their consent to magistrate judge jurisdiction to Judge Illston this week so that the case may be reassigned..

The court directs Plaintiffs' counsel to comply with the court's previous orders to review all settlement papers, the discovery, and the summary judgment motions with Plaintiffs before the settlement conference. Plaintiffs must provide a new demand to Defendants as soon as possible but in any event, no later than Wednesday, January 23, 2013 at noon (and email a copy to the court's orders box at lbpo@cand.uscourts.gov). Defendants must respond with a demand as soon as possible after that and no later than 5 p.m. that day (and email a copy to the court). All parties must email a costs-and-fees-to-date update to the court's orders box by January 23 at noon, and they may submit any update to the court at the same time. The parties should not reiterate anything in the previously-filed papers because the court already read those.

**IT IS SO ORDERED.**

Dated: January 8, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 10-00984 SI (LB)

2