1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12   MALAQUIAS REYNOSO, *et al.,*                    No. C 10-00984 MEJ (LB)

13             Plaintiff(s),                         **ORDER RE SETTLEMENT**
                                                     **CONFERENCE**
14        v.

15   CITY AND COUNTY OF SAN
     FRANCISCO, *et al.,*

16             Defendant(s).

17   _____/

18        Judge James issued a scheduling order that sets the filing deadline for summary judgment

19   motions for July 11, 2013. *See* ECF No. 101.  That means any opposition is due by July 25, 2013

20   under the local rules.  The hearing is on August 15, 2013. *Id.*

21        The parties previously contemplated a settlement conference with the undersigned after the

22   government filed its summary judgment motions so that Plaintiffs could have the benefit of them

23   before the settlement conference. *See* Order, ECF No. 90 at 2.  Plaintiffs suggested that they might

24   want to have the settlement conference before they file their opposition.  That means that the

25   settlement conference likely should happen during the week of July 22, 2013.

26        Accordingly, the undersigned directs the parties to meet and confer within one week about

27   scheduling and then schedule a settlement conference with courtroom deputy Lashanda Scott on a

28   date that they agree will be most productive.  Updated settlement conference statements with only

ORDER RE SETTLEMENT CONFERENCE
C 10-00984 MEJ (LB)

UNITED STATES DISTRICT COURT
For the Northern District of California

1 new information (and no regurgitation of old information) are due one week before and must comply

2 with the procedures set forth in the court's previous orders.   Also, Plaintiffs' counsel is directed to

3 review with his clients personally the discovery and summary judgment motions before he submits

4 his updated settlement conference statement.  As soon as possible, but in any event, no later than the

5 submission of the statement, Plaintiffs must provide a new demand to Defendants.  As soon as

6 possible, but in any event, no later than 2 days before the settlement conference, Defendants must

7 respond with a specific dollar amount to Plaintiffs.

8     Submissions may be made by email to the court's orders box at lbpo@cand.uscourts.gov.

9 **IT IS SO ORDERED.**

10 Dated: April 20, 2013

LAUREL BEELER
11 United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE SETTLEMENT CONFERENCE
C 10-00984 MEJ (LB)                        2

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**