UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MALAQUIAS REYNOSO and CAYETANA REYNOSO,<br><br>                Plaintiffs,<br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Defendants.<br>_____/ | No. C 10-0984 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

Pending before the Court are three Motions for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before August 1, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions. If the parties choose to file a separate statement for each pending motion, the caption for each statement shall include a reference to the docket number for the related motion.

**IT IS SO ORDERED.**

Dated: July 17, 2013

_____
Maria-Elena James
United States Magistrate Judge