UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   MALAQUIAS REYNOSO, *et al.,*                No. C 10-00984 MEJ (LB)

              Plaintiff(s),
13                                              **ORDER RE SETTLEMENT**
        v.                                      **CONFERENCE**
14
     CITY AND COUNTY OF SAN
15   FRANCISCO, *et al.,*

16            Defendant(s).

17   _____/

18       The court previously ordered the following. *See, e.g.,* 7/8/13 Order, ECF No. 103.

19       Plaintiffs' counsel must review with the clients (with the assistance of an interpreter) the
         summary judgment filings and all of defendants' settlement conference statements. Then,
20       Plaintiffs shall make any revised demand. The demand must be communicated to defense
         counsel no later than Monday, July 15, 2013, at 1 p.m. Plaintiffs should cc the court with the
21       demands (current and revised) by simultaneous email to the court's orders box at
         lbpo@cand.uscourts.gov. Defendants shall respond (and cc the court by email) by Monday, July
22       15, 2013. Plaintiffs should email the court their settlement papers no later than Monday, July 15,
         2013, at 5 p.m.
23

24       The court did not receive confirmation that Plaintiffs performed the required review (which was

25   designed to facilitate decision-making regarding the demand). The court received no information

26   about any demand or response. A settlement conference cannot take place without this information.

27   This is not an onerous burden: the court is very familiar with the case and told the parties that they

28   did not have to file new statements or provide new information or do anything except (A) Plaintiffs

ORDER RE SETTLEMENT CONFERENCE
C 10-00984 MEJ (LB)

1   need to understand the case before coming to the settlement conference and (B) Plaintiffs need to

2   make a demand so that Defendants can respond.  Because of the way the government works, this has

3   to happen before the settlement conference.  The court has met with everyone previously, and this is

4   the only way to make the conference productive.

5       The court understands that Plaintiffs' oppositions are due on July 26, 2013 (despite the court's

6   previous efforts to stage the settlement before the oppositions to save counsel the work if the case

7   could be resolved).  Given that context, the court issues this revised order.

8       1. Plaintiffs' counsel must review with the clients (with the assistance of an interpreter) the

9   summary judgment filings and all of defendants' settlement conference statements.  Then, Plaintiffs

10  shall make any revised demand to the government by Monday, July 29, 2013 at 1 p.m.  Plaintiffs

11  should cc the court with the demands and any updated information by simultaneous email to the

12  court's orders box at lbpo@cand.uscourts.gov.

13      2. Defendants shall respond (and cc the court by email) by Monday, July 29, 2013.

14      **IT IS SO ORDERED.**

15      Dated: July 25, 2013

16                                                  LAUREL BEELER
                                                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

ORDER RE SETTLEMENT CONFERENCE
C 10-00984 MEJ (LB)                        2