UNITED STATES DISTRICT COURT

Northern District of California

MALAQUIAS REYNOSO, et al.,

             Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

             Defendants.
_____/

No. C10-984 MEJ

**ORDER RE: BRIEFING AND HEARING DEADLINES**

      Pending before the Court are three summary judgment motions, currently scheduled for hearing on August 15, 2013. Plaintiffs have now filed a request for additional time to file oppositions to the motions. Dkt. No. 123. At the same time, the parties are involved in ongoing settlement negotiations with the Honorable Laurel Beeler. As the Court prefers that the parties focus on an amicable resolution of this matter, the Court VACATES the August 15 hearing date, as well as the related briefing deadlines. The parties shall file a joint status report after completion of the settlement process or by September 3, 2013, whichever comes first. If the parties do not resolve the matter, their status report shall include a proposed hearing date and briefing schedule.

      **IT IS SO ORDERED.**

Dated: August 5, 2013

                                            _____
                                            Maria-Elena James
                                            United States Magistrate Judge