UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MALAQUIAS REYNOSO, *et al.*, | No. C 10-00984 MEJ |
| Plaintiffs, | **ORDER RE JOINT STATUS REPORT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

On August 5, 2013, the Court issued an Order Re: Briefing and Hearing Deadlines wherein it directed the parties to file a **joint** status report after the completion of the settlement process or by September 3, 2013. Dkt. No. 128.

On September 3, 2013, Defendants filed a status report. Dkt. No. 129. In their status report, Defendants indicate that Plaintiffs failed to respond to their request to stipulate to a briefing schedule and thus did not join in the status report. *Id*. at 1. The Court has reviewed the filing and **ORDERS** as follows.

The parties shall file a **joint** status report by **September 6, 2013**, setting forth counsel's availability for further settlement conference and proposing a briefing schedule for the pending summary judgment motions. The Court will issue an Order setting forth the briefing schedule and updated pre-trial deadlines and hearing dates after reviewing the parties' joint statement.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
Maria-Elena James
United States Magistrate Judge