UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MALAQUIAS REYNOSO, *et al.*, | No. C 10-00984 MEJ |
| Plaintiffs, | **ORDER SETTING DEADLINES AND HEARING DATE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

On August 5, 2013, the Court issued an Order directing the parties to file a joint status report after completion of the settlement process or no later than September 3, 2013. Dkt. No. 128. On September 3, 2013, Defendants filed a status report; Plaintiffs did not join or file any response. Dkt. No. 129.

Thereafter, on September 4, 2013, the Court ordered the parties to file a joint status report by September 6, 2013, setting forth counsel's availability for a further settlement conference and proposing a briefing schedule for the pending summary judgment motions. Dkt. No. 130. Again, Defendants filed a status report, indicating that Plaintiffs failed to join. Dkt. 131. Subsequently, on September 13, 2013, Defendants filed a Notice of Non-Receipt of Opposition to Motions for Summary Judgment. Dkt. No. 132. Although unable to join in the prior status reports, this filing prompted Plaintiffs to file a document entitled, "Notice to the Court, the Case Settlement Judge, and Opposing Counsel Regarding Plaintiff's Oppositions to Summary Judgment Motions," wherein Plaintiffs indicated that "Plaintiffs' counsel wishes to inform the Court, our Settlement Judge, and Mr. Simmons and Mr. Metlitzky, stating what is obvious, the oppositions are not quite finished." Dkt. No. 133 at 2. Plaintiffs' counsel further indicated that he needed "five or six hours" to complete the briefs and indicated that they would be filed by September 14, 2013. *Id*.

To date, Plaintiffs have not filed their oppositions.

Accordingly, the Court **ORDERS** as follows.

Plaintiffs shall file any oppositions to the pending Motions for Summary Judgment no later than 5:00 p.m. on September 20, 2013. **No further extensions shall be granted.**

Defendants' reply briefs shall be due October 17, 2013.

The Court **SETS** the Motions for Summary Judgment for hearing at 10:00 a.m. on November 14, 2013.

The trial date and all other pre-trial deadlines are **VACATED** and will be reset after the Court rules on the Motions for Summary Judgment.

**IT IS SO ORDERED.**

Dated: September 18, 2013

_____
Maria-Elena James
United States Magistrate Judge