UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MALAQUIAS REYNOSO, *et al*., | No. C 10-00984 MEJ |
| Plaintiffs, | **ORDER RESETTING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al*., | |
| Defendants. | |

Pending before the Court are Defendant City and County of San Francisco and Defendant United States' Motions for Summary Judgment. Dkt. Nos. 105, 114. On September 18, 2013, the Court issued an order requiring Plaintiffs to file any oppositions to the pending Motions by September 20, 2013, and setting the deadline for Defendants' reply briefs for October 17, 2013. Dkt. No. 134. Plaintiffs failed to file any opposition by the deadline, and Defendants have now requested that the Court rule on the pending Motions. Dkt. Nos. 135, 136. The Court previously set the Motions for hearing on November 14, 2013. Given that the Motions are now unopposed and the reply deadline is unnecessary, the Court **RESETS** the hearing in this matter for **October 17, 2013**, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: September 24, 2013

_____
Maria-Elena James
United States Magistrate Judge