UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Malaquias Reynoso, et al.**, | No. C 10-0984 MEJ (LB) |
| Plaintiff(s), | **ORDER** |
| v. | |
| **City and County of San Francisco, et al.**, | |
| Defendants. | |

The court sets the settlement conference for two hours only on **January 10, 2014** at **11:00 a.m.** All counsel and all clients are to appear in-person for the settlement conference.  Pre Settlement Conference with defendant's counsel in-person and plaintiff's counsel by phone on January 7, 2014 at 4:00 p.m.  Plaintiff's counsel to dial-in directly to chambers at (415) 522-4660.

**IT IS SO ORDERED.**

Dated: December 23, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C10-0984 MEJ (LB))