UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAQUIAS REYNOSO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 10-cv-00984-MEJ<br><br>**ORDER DISCHARGING SANCTIONS**<br><br>Re: Dkt. No. 151 |

On January 10, 2014, the parties appeared before the Honorable Laurel Beeler for a further settlement conference and ultimately reached a settlement in this matter. Dkt. No. 162. Previously, on November 4, 2013, the Court found that sanctions against Plaintiffs' counsel, Keith Oliver, were warranted, but indicated that it held its ruling in abeyance until the end of this action, at which time it would consider Mr. Oliver's subsequent compliance with Court orders. Dkt. No. 151. Although the Court notes that substantial effort by defense counsel and Judge Beeler was expended attempting to communicate with Mr. Oliver in advance of the settlement hearing, given Mr. Oliver's participation in the settlement conference, the Court **DISCHARGES** its prior sanctions ruling against Mr. Oliver.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge