DATED: 5/20/2014

**GRANTED**
Judge Maria-Elena James

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  ABARAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue
      San Francisco, CA 94102
6     Tel. (415) 436-7264
      Fax (415) 436-6748
7     Email: abraham.simmons@usdoj.gov
8
   Attorneys for Federal Defendants
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | MALAQUIAS REYNOSO, et al.        | Docket No. 10-CV-0984 MEJ
14 |
                Plaintiffs,
15 |                                   | **DISMISSAL WITH PREJUDICE**
   | v.
16 |
   | CITY AND COUNTY OF SAN FRANCISCO,
17 | et al.,
18 |           Defendants.
19
       Pursuant to the settlement agreement signed January 10, 2014, the parties hereby
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE [PROPOSED] ORDER
11-CV-03858 MEJ

Stipulate to dismiss the above-captioned matter.

DATED: 1-10-14

_____
For Plaintiffs

DATED: 1/10/2014

_____
WARREN METLITZKY
For City and County of San Francisco

MELINDA HAAG
United States Attorney

DATED: May 20, 2014

_____
ABARAHAM A. SIMMONS
Assistant United States Attorney
Attorney for Federal Defendants

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE [PROPOSED] ORDER
10-CV-0984 MEJ                           2